

NUMBER 13-09-00100-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

INGRAM READYMIX, INC. AND SOUTHERN
CONTRACTING, INC. ,                                                    Appellants,

v.

BENNETT, MARTIN, SOLKA AND TORNO, INC.,
GOVIND & ASSOCIATES, INC., AND
W.R. GRACE & CO.-CONN.,                                                Appellees.

On Appeal from the 319th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Ingram Readymix, Inc., perfected an appeal from a judgment entered by

the 319th District Court of Nueces County, Texas, in cause number 08-6125-G.  Appellant

has filed an unopposed motion to dismiss the appeal on grounds that the remaining parties to this appeal have resolved their disputes.  Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  Appellant's unopposed motion to dismiss is granted, and the appeal is hereby DISMISSED.  In accordance with the agreement of the parties, costs are taxed against the party incurring same.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 13th day of August, 2009.